**Order entered July 14, 2022**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00425-CV

## IN RE  JOHN MICHAEL FITZPATRICK, Relator

**Original Proceeding from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-50901-2020**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
JUSTICE